**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OMEROS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PAR STERILE PRODUCTS, LLC and PAR PHARMACEUTICAL, INC.,<br><br>Defendants. | Civil Action No. 15-cv-773 (RGA)<br><br>**REDACTED - PUBLIC VERSION** |

**PROPOSED JOINT PRETRIAL ORDER
VOLUME II OF II**

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | Steven J. Fineman (#4025) |
| Maryellen Noreika (#3208) | Katharine Lester Mowery (#5629) |
| MORRIS, NICHOLS, ARSHT & TUNNELL | RICHARDS, LAYTON & FINGER, P.A. |
| 1201 North Market Street, 16th Floor | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899-1347 | Wilmington, Delaware 19801 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | fineman@rlf.com |
| mnoreika@mnat.com | mowery@rlf.com |
| *Counsel for Plaintiff Omeros Corporation* | *Counsel for Defendants Par Sterile Products, LLC and Par Pharmaceutical, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| George F. Pappas | David Silverstein |
| Jeffrey Lerner | AXINN, VELTROP & HARKRIDER LLP |
| Gary M. Rubman | 114 West 47th Street |
| Courtney R. Forrest | 22nd Floor |
| Meghan Monaghan | New York, NY 10036 |
| COVINGTON & BURLING LLP | dsilverstein@axinn.com |
| One CityCenter | |
| 850 Tenth Street, NW | Aziz Burgy |
| Washington, DC 20001-4956 | Brett Garrison |
| (202) 662-6000 | Ricardo Camposanto |

DC: 6445303-7

| | |
|---|---|
| Jennifer L. Robbins<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1000 | AXINN, VELTROP & HARKRIDER LLP<br>950 F Street, NW<br>7th Floor<br>Washington, DC 20004<br>(202) 912 4700<br>aburgy@axinn.com<br>bgarrison@axinn.com<br>rcamposanto@axinn.com<br><br>Francis H. Morrison III<br>Jonathan Harris<br>Jeremy Lowe<br><br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>9th Floor<br>Hartford, CT 06103<br>fmorrison@axinn.com<br>jharris@axinn.com<br>jlowe@axinn.com |

Original Filing Date:  June 20, 2017
Redacted Filing Date:  June 30, 2017