AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

Omeros Corp
v.
Par Sterile Products, et al

**EXHIBIT AND WITNESS LIST**

Case Number: C.A. 15-773 RGA

| PRESIDING JUDGE Hon. Richard G. Andrews | PLAINTIFF'S ATTORNEY J. Blumenfeld, Esq. | DEFENDANT'S ATTORNEY Steven Fineman, Esq. |
|---|---|---|
| TRIAL DATE(S) 7/5/17 - 7/7/17 | COURT REPORTER V. Gunning / L. Dibbs | COURTROOM DEPUTY K. Ringgold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | W1 | 7/5/17 | | | Dr. Angelo P. Tanna |
| | W2 | 7/5/17 | | | Thomas C. Leonard |
| | W3 | 7/5/17 | | | Pamela Pierce Palmer |
| | W4 | 7/5/17 | | | Jeffrey M. Herz (video) |
| | W5 | 7/6/17 | | | Gregory Demopulos (video) |
| | W6 | 7/6/17 | | | John S. Whittaker (video) |
| | W7 | 7/6/17 | | | Kenneth Ferguson (video) |
| | W8 | 7/6/17 | | | Clark Tedford (video) |
| | W9 | 7/6/17 | | | Paul A. Laskar, Ph.d |
| W1 | | 7/6/17 | | | Dr. Keith Walter |
| W2 | | 7/7/17 | | | Dr. Achim Krauss |
| W3 | | 7/7/17 | | | Suketu Sanghvi |
| W4 | | 7/7/17 | | | Dr. Justin Hanes |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages